

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00284-CV

**JOEL H. DOWNS,**

**Appellant**

 **v.**

**FIRST BANK & TRUST,**

**Appellee**

**From the County Court at Law**
**Ellis County, Texas**
**Trial Court No. 16-C-3239**

## MEMORANDUM OPINION

Joel H. Downs appeals from a judgment rendered against him and issued on June 1, 2016. By letter dated September 12, 2016, the Clerk of this Court notified Downs that his original filing fee for the appeal was past due. Downs was warned in the same letter that failure to pay the filing fee within 10 days from the date of the letter would result in the appeal being dismissed. *See* TEX. R. APP. P. 42.3(c). More than 10 days have passed, and Downs has failed to pay his original filing fee.

Accordingly, this appeal is dismissed. *Id*.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 28, 2016
[CV06]

